UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11CR5127-AJB |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT |
| JOSE AVALOS-OCEQUEDA(1), GUILLERMO ROMAN PRUDENCIO (2), | ) ) ) | |
| Defendants. | ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 13, 2012

Hon. Anthony J. Battaglia
U.S. District Judge